IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15 CR 461 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| -vs- | ) | |
| | ) | MEMORANDUM OPINION |
| CHRIS HILL, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

This case is before the Court on Defendant, Chris Hill's Motion to Consider Defects in/On Institution and Vacatur of Case & Sentence For Lack of Subject Matter Jurisdiction. (ECF #134). His motion has no support in fact or law. Mr. Hill was arrested on the basis of a Complaint filed on December 2, 2015, and made an initial appearance before a Magistrate the following day. (ECF # 2). His case was presented to the Grand Jury and an Indictment was filed on December 29, 2015, which included the charges in the Complaint as well as a charge for witness tampering (Count 12), based on events that occurred on or about December 22, 2015. (ECF #9). These events took place after the original Complaint was filed, but before the indictment was issued through the Grand Jury process. To the extent that Mr. Hill challenges the factual basis for the charge in Count 12, he is prohibited from presenting this challenge by the terms of his plea

agreement.  (ECF #28).  Mr. Hill knowingly and voluntarily pled guilty to the charge, and knowingly and voluntarily waived any right to appeal that conviction, or to challenge it collaterally through any post-conviction proceedings.  (ECF #28, PageID 88).  Therefore, his motion is DENIED.

IT IS SO ORDERED.

Donald C. Nugent
United States District Judge

Date: March 26, 2026

2